# KAISER SAURBORN & MAIR, P.C.
## COUNSELORS AT LAW

111 Broadway
New York, NY 10006
Tel  212 338 9100
Fax  212 338 9088
www.ksmlaw.com

June 6, 2016

R E C E I V E D

**BY ECF**

**JUN 0 9 2016**

Hon. Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey  08608

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re:  Antogiovanni v. Millennium Healthcare Inc.
     Case No. 3:16-cv-00483-PGS-TJB

Dear Judge Sheridan:

I am in receipt of the Clerk's Notice of Call for Dismissal filed on June 3, 2016.  Please be advised that on February 8, 2016, a petition for involuntarily bankruptcy was filed against Millennium Healthcare Inc. in the United States Bankruptcy Court for the Eastern District of New York, which has been assigned docket number 8–16-70504-reg (a copy of the first page of the petition is annexed).

Because it is our understanding that the automatic stay pursuant to 11 U.S.C. § 362(a)(1) applies to the instant action, the plaintiff has taken no action to proceed to seek a default.  Likewise, because of the automatic stay, I would expect that the Court will take no action to dismiss or otherwise proceed with this action until the stay has been lifted.

Very truly yours,

Henry L. Saurborn, Jr.

HLS/sb
attachment
cc: Clerk of Court

New Jersey Office  |  3163 Kennedy Boulevard, Jersey City, NJ 07306  |  Tel: 201 353 4000  |  Fax: 201 798 4627

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__EASTERN__ District of __NEW YORK__
(State)

Case number (if known): _____ Chapter __7__

☐ Check if this is an
amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☒ Chapter 7
☐ Chapter 11

### Part 2:   Identify the Debtor

**2. Debtor's name**

__MILLENNIUM HEALTHCARE, INC.__

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

__1 1__ – __3 2 2 9 3 5 8__
EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| __68 South Service Road__<br>Number    Street | _____<br>Number    Street |
| __Suite 100__ | _____<br>P.O. Box |
| __Melville__<br>__Suffolk__            __NY 11747__<br>City          State   ZIP Code | _____<br>City          State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| _____<br>County | _____<br>Number    Street |
| | _____<br>_____<br>City          State   ZIP Code |

**KAISER SAURBORN & MAIR, P.C.**

111 Broadway
New York, NY 10006





US POSTAGE
$00.48⁵
First-Class

Mailed From 10006
06/06/2016
032A 0061834363

Clerk of The Court
US Court House
402 East State Street
Trenton, NJ 08608

08608-150799